# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raymond Duane Jones,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.                                3:08-cv-553
                                   3:06-cr-199-2

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2012 Order.

                                                               Signed: March 13, 2012

                                                                Frank G. Johns, Clerk
                                                                United States District Court